ANTHONY L. CANNON, No. 162986
DERRICK R. STURM, No. 189083
CANNON & NELMS, P.C.
Attorneys at Law
1800 East 17th Street, Suite 101
Santa Ana, California 92705
714/543-8312
714/543-8182 (Fax)

Attorneys for Defendants AMCO INSURANCE COMPANY, DEPOSITORS INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

FILED

2005 JUL 15  P 12: 58

CLERK, US DIST. COURT
EASTE           CALIF
BY_____

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PELHAM and TERESIA DAY,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO INSURANCE COMPANY; ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY; and DEPOSITORS INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: CIV-F-04-6772 REC LJO<br><br>STIPULATION AND [PROPOSED] ORDER RE: TAKING THE DEPOSITION OF STANLEY KAUFMAN ON JULY 22, 2005 |

IT IS HEREBY STIPULATED AND AGREED, by and between the PLAINTIFFS, DAVID PELHAM and TERESIA DAY, (hereinafter referred to as "PLAINTIFFS"), and DEFENDANTS, AMCO INSURANCE COMPANY, ALLIED PROPERTY AND CASUALTY COMPANY, and DEPOSITORS INSURANCE COMPANY, (hereinafter collectively referred to as "Defendants"), that the following matters are STIPULATED AND AGREED TO:

### RECITALS

1.  WHEREAS, non-expert discovery in this matter is nearly complete;

2.  WHEREAS, the parties and witness Stanley Kaufman have been cooperating in setting a mutually convenient date and time for the deposition of Mr. Kaufman;

1
STIPULATION AND ORDER

3. WHEREAS, the parties and Mr. Kaufman have agreed that Mr. Kaufman's deposition will take place on Friday, July 22, 2005; and

4. WHEREAS, this Honorable Court has ordered that the parties complete non-expert discovery by Friday, July 15, 2005;

IT IS HEREBY STIPULATED AND THE PARTIES REQUEST, that the non-expert discovery cut-off, as to the deposition of Stanley Kaufman only, be continued to Friday, July 22, 2005.

SO STIPULATED:

Dated: July 13, 2005

CANNON & NELMS, P.C.,
Attorneys at Law

/S/
By: Adam C. Fullman, Esq.,
Attorneys for Defendants

Dated: July 13, 2005

LAW OFFICE OF SASSOON SALES
Attorney at Law

/S/
By: Sassoon Sales, Esq.
Attorney for Plaintiffs, DAVID PELHAM
And TERESIA DAY

## ORDER

The Court having reviewed the Stipulation of the parties, and their joint request to continue the non-expert discovery cut-off date as to the deposition of Stanley Kaufman only, in order to complete said deposition on Friday, July 22, 2005;

IT IS SO ORDERED that the non-expert discovery cut-off date as to the deposition of Stanley Kaufman only, in order to complete said deposition on Friday, July 22, 2005.

Dated: 7-15-05

_____
HON.
MAGISTRATE JUDGE