IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID PELHAM, et al., | ) | No. CV-F-04-6772 REC/LJO |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITHOUT PREJUDICE PURSUANT |
| Plaintiff, | ) | TO STIPULATION OF THE |
| | ) | PARTIES |
| vs. | ) | |
| | ) | |
| | ) | |
| AMCO INSURANCE COMPANY, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to the stipulation of the parties, the court hereby dismisses this action without prejudice.

IT IS SO ORDERED.

**Dated: August 9, 2005**                **/s/ Robert E. Coyle**
668554                                      UNITED STATES DISTRICT JUDGE

1